United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15480-elf
Wanda Doreen Davis                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Apr 12, 2017
                                 Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db             +Wanda Doreen Davis,    413 Titan Street,    Philadelphia, PA 19147-5220
13773512       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13773513       +Central Financial Control,    P.O. Box 66044,    Anaheim, CA 92816-6044
13773511        City of Philadelphia,    PO Box 786612,    Philadelphia, Pa 19178-6612
13773503       +City of Philadelphia,    Parking Violation Branch,    P.O. Box 41809,
                 Philadelphia,Pa 19101-1809
13773515        Cornerstone Education Loan Services,    PO Box 105189,    U.S. Department of Education,
                 Atlanta, GA   30348-5189
13809475      +++Cornerstone Education Loan Services,    on behalf of the Department of Education,
                 PO Box 145123,    Salt Lake City, UT   84114-5123
13773519       +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
13773502       +PECO Energy,    Payment Processing,    P.O. Box 36729,    Philadelphia, Pa 19107-7729
13773508       +Philadelphia Gas Works,    P.O. Box 11700,    Newark, NJ 07101-4700
13780123       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13773526       +Rjm Acq LLC,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13773509        Santander Consumer USA,    P.O. Box 105255,    Atlanta, GA   30348-5255
13779944       +Santander Consumer USA,    PO BOX 560284,    Dallas, TX 75356-0284
13826744       +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13774099       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13773523       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13773524        Xerox Solutions,    P.O. Box c/o Philadelphia Parking Bureau,    Philadelphia, Pa   19101
13773525       +Xerox Solutions,    P.O. Box 41818,    Philadelphia, Pa 19101-1818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 01:15:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2017 01:16:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13775801        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2017 01:11:15
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13835458        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 13 2017 01:11:22
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13828868        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2017 01:11:14
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13857959       +E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:18
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13773499       +E-mail/Text: james.feighan@phila.gov Apr 13 2017 01:16:46
                 City of Philadelphia Water Revenue Bureau,    Philadelphia Revenue Department,
                 1401 JFK Boulevard,    Philadelphia, Pa 19102-1617
13773516       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 13 2017 01:16:46     Credit Collection,
                 P.O. Box 9134,    Needham, MA 02494-9134
13773517       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 13 2017 01:16:46     Credit Collections,
                 P.O. Box 9133,    Needham, MA 02494-9133
13773520       +E-mail/Text: blegal@phfa.org Apr 13 2017 01:16:07     Pennsylvania Housing Finance Agency,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
13795048       +E-mail/Text: equiles@philapark.org Apr 13 2017 01:16:37     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13773527       +E-mail/Text: bankruptcy@sw-credit.com Apr 13 2017 01:16:07     SW Credit Services,
                 5910 W Plano Pkwy,    Plano, TX 75093-2202
                                                                                             TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13777993        AmeriCredit Financial Services, Inc. dba GM Financ
13773510        PennCreditCorporation
13773522      ##+Pentagroup Financial,    5959 Corporate Drive Ste 14,    Houston, TX 77036-2311
                                                                                             TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Apr 12, 2017
                              Form ID: pdf900              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association as Trustee for
               The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VAUGHN A. BOOKER    on behalf of Debtor Wanda Doreen Davis vbs00001@aol.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WANDA DOREEN DAVIS | Chapter 13 |
| Debtor | Bankruptcy No. 16-15480-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 12, 2017**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
VAUGHN A. BOOKER ESQ
1420  WALNUT STREET  STE 815

PHILADELPHIA, PA 19102-

Debtor:
WANDA DOREEN DAVIS

413 TITAN STREET

PHILADELPHIA, PA 19147